*Edward L. Blackman* and *Morton M. Bass* for plaintiff.

*Mitchell Salem Fisher, Mendel Zucker* and *Sol Deutsch* for defendant.

*Charles R. Barrett* respondent in person.

Judgments affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL and BURKE, JJ. Taking no part: DYE and VAN VOORHIS, JJ.

CHARLES SOECHTIG, Appellant, *v.* WALTER P. AMICK et al., Individually and as Copartners Doing Business as EASTERN STEAM SPECIALTY COMPANY AND AUTOMATIC CONTROL COMPANY, Respondents.

Argued January 3, 1956; decided February 9, 1956.

*Hilton M. Soba* and *Herbert Edelhertz* for appellant.
*Cuthbert B. Caton* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.